UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELE L. SELYAK, | ) | CASE NO. 1:17 CV 1627 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | |
| COMMISSIONER | ) | |
| OF SOCIAL SECURITY | ) | |
| | ) | MEMORANDUM OPINION |
| Defendant. | ) | AND ORDER |

The Magistrate Judge in this matter submitted a Report and Recommendation (Doc. #19) recommending that the Court **REVERSE** and **REMAND** the Commissioner's decision for further proceedings.

Under Fed. R. Civ. P. 72(b), if the parties wish to object to the proposed findings and recommendation they must do so by filing specific written objections within the fourteen (14) day period following service of the Report and Recommendation. In this matter, the Commissioner filed a notice within the prescribed period indicating there are no objections. Further review by this Court at this time would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991). Accordingly, Magistrate Judge's Report and Recommendation (Doc. #19) is hereby adopted. The decision of the Commissioner is hereby **REVERSED** and **REMANDED** for further proceedings in accord with this decision.

**IT IS SO ORDERED**.

*/s/ John R. Adams*
JOHN R. ADAMS
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF OHIO

Dated: July 3, 2018